JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| CHARLES E. MYERS, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>GRABBER CONSTRUCTION PRODUCTS, INC., A NEVADA CORPORATION; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | CASE NO. CV12-2701 CAS (FMOX)<br><br>[PROPOSED] ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>F.R.C.P. RULE 41(a)(1)(A) |

## *ORDER*

After review of the Plaintiff CHARLES E. MYERS ("Plaintiff") Stipulation for Voluntary Dismissal of Action with Prejudice, and the recitals and stipulations between the Plaintiff and Defendant GRABBER CONSTRUCTION PRODUCTS, INC., and for

/ / /

/ / /

/ / /

/ / /

1

**[PROPOSED] ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

**GOOD CAUSE SHOWN,**

**IT IS HEREBY ORDERED:**

1. The Stipulation for Voluntary Dismissal of Action With Prejudice as entered into between Plaintiff CHARLES E. MYERS and Defendant GRABBER CONSTRUCTION PRODUCTS, INC. is accepted by the Court;

**WHEREFORE**, this action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:     September 11, 2012

By: _____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE